# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| TODD E. BOWEN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 6:18-CV-00004-TH |
| | § | |
| NANCY A. BERRYHILL, ACTING COMMISSIONER, SOCIAL SECURITY ADMINISTRATION, | § | |
| | § | |
| Defendant. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The above entitled and numbered civil action was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636. On April 29, 2019, the Magistrate Judge issued his Report and Recommendation (Doc. No. 26), recommending that the Appeals Council's decision be affirmed and that this action be dismissed with prejudice. No objections to the Report and Recommendation have been presented for consideration within the prescribed time period for such objections. Therefore, the Court adopts the Report and Recommendation of the United States Magistrate Judge (Doc. No. 26) as the findings of this Court.

Accordingly, it is hereby **ORDERED** that the Magistrate Judge's Report be **ADOPTED** and that the Appeals Council's decision be **AFFIRMED** and that this action be **DISMISSED WITH PREJUDICE**.

**SIGNED** this the 15 day of **May, 2019.**

_____
Thad Heartfield
United States District Judge

1